Slip Op. 15 - 25

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| UNITED STATES,<br><br>            Plaintiff,<br><br>    v.<br><br>NYCC 1959 INC.,<br><br>            Defendant. | Before: Donald C. Pogue,<br>       Senior Judge<br><br>Court No. 14-00045 |

ORDER

Upon consideration of Plaintiff's Motion to Set Aside the Default Judgment, Reopen This Action, and Grant Leave for Plaintiff to File Corrected Motion for Default Judgment, ECF No. 11 ("Pl.'s Mot."), in which the United States reveals that, following the entry of default judgment in this case, see Judgment, ECF No. 10, Government counsel discovered inaccuracies contained in evidence submitted by the United States in support of its claim, which was relied on by the court in ordering judgment against the defaulted Defendant and quoted in the court's opinion, see Slip Op. 15-13, ECF No. 9, at 5-6; Pl.'s Mot., ECF No. 11, at 5; upon consideration of all other filings and proceedings had in this action; and upon due deliberation, it is hereby

ORDERED that Plaintiff's motion, ECF No. 11, is granted; and it is further

Court No. 14-00045                                                    Page 2

  ORDERED that Slip Opinion 15-13, ECF No. 9, 2015 WL 480180 (CIT Feb. 6, 2015), and Judgment, ECF No. 10, are vacated and withdrawn; and it is further

  ORDERED that Plaintiff's Corrected Motion for Default Judgment, ECF No. 11-1, shall be docketed as filed on the date of this order.

           ___/s/ Donald C. Pogue_____
           Donald C. Pogue, Senior Judge

Dated: March 25, 2015
   New York, NY